IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VALERIE THAYER                                                                                    PLAINTIFF

VS.                                    CASE NO. 3:16CV00315 PSH

NANCY A. BERRYHILL, Commissioner,
   Social Security Administration                                              DEFENDANT

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 11th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE